## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

OWEN CHARLES,
    Plaintiff,

-vs-                                      CASE NO.: 1:20-cv-00386-WES-LDA

EXPERIAN INFORMATION SOLUTIONS, INC.,
    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, OWEN CHARLES, by counsel, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., hereby stipulate and agree that all matters herein between them have been settled, and Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 26th day of July 2021.

| | |
|---|---|
| */s/ Frank H. Kerney, III* | */s/Albin Moser* |
| Frank H. Kerney, III, Esquire | Albin Moser, Esquire (#6166) |
| Florida Bar #: 0088672 | Law Offices of Albin Moser, P.C. |
| Morgan & Morgan Tampa, P.A. | 166 Valley Street |
| One Tampa City Center | Providence, RI 02909 |
| Tampa, FL 33602 | Telephone: (401) 861-2100 |
| Telephone: (813) 223-5505 | Facsimile: (401) 415-0423 |
| Fax: (813) 223-5402 | albin@albinmoser.com |
| fkerney@forthepeople.com | *Counsel for Defendant Experian Information* |
| *Counsel for Plaintiff* | *Solutions, Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that on July 26, 2021, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Frank H. Kerney, III*
Frank H. Kerney, III